No. 803. McCarthy et al., Trustees, et al. v. Bruner. May 1, 1944. Petition for writ of certiorari to the Supreme Court of Utah granted. *Messrs. P. T. Farnsworth, Jr.* and *W. Q. Van Cott* for petitioners. *Messrs. Calvin W. Rawlings* and *Harold E. Wallace* for

respondent. 

